J-S24026-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT OP 65.37**

COMMONWEALTH OF PENNSYLVANIA　　:　　IN THE SUPERIOR COURT OF
　　　　　　　　　　　　　　　　　　　　　　　:　　　　　　PENNSYLVANIA
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
RALPH ANTHONY SAEZ　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Appellant　　　　　　　　　:　　No. 1687 MDA 2022

Appeal from the Judgment of Sentence Entered November 2, 2022
In the Court of Common Pleas of Snyder County Criminal Division at
No(s):  CP-55-CR-0000373-2020

BEFORE:　BENDER, P.J.E., LAZARUS, J., and STEVENS, P.J.E.[*]

JUDGMENT ORDER BY LAZARUS, J.:　　　　　　**FILED JUNE 30, 2023**

Ralph Anthony Saez appeals, *pro se*, from the judgment of sentence, entered in the Court of Common Pleas of Snyder County, following his convictions by a jury for terroristic threats[1] and harassment.[2]  The convictions arise from a telephone conversation between Saez and Bo Trawitz, Chief Probation Officer of Snyder County, in which Saez threatened to shoot Trawitz if he set foot on Saez's property.  Saez was sentenced to 36 months of probation on November 2, 2022.  For the following reasons, we quash.

Saez's *pro se* brief fails in all respects to comply with the Rules of Appellate Procedure.  The brief does not contain the order in question, a

_____

[*] Former Justice specially assigned to the Superior Court.

[1] 18 Pa.C.S.A. § 2706(a)(1).

[2] *Id.* at § 2709(a)(4).

statement of jurisdiction, a statement of the scope and standard of review, a statement of questions, a statement of the case, or a summary of the argument. *See* Pa.R.A.P. 2111(a). Saez's brief also fails to include any citation to relevant case law or statutory authority. *See* Pa.R.A.P. 2119(a).

Saez's status as a *pro se* litigant does not relieve him of his obligation to adhere to the Rules of Appellate procedure. *See In re Ullman*, 995 A.2d 1207, 1211-12 (Pa. Super. 2010) (citations omitted) ("Although this Court is willing to liberally construe materials filed by a *pro se* litigant, *pro se* status confers no special benefit upon [an] appellant. To the contrary, any person choosing to represent himself in a legal proceeding must, to a reasonable extent, assume that his lack of expertise and legal training will be his undoing."). Moreover, "[t]his Court will not act as counsel and will not develop arguments on behalf of an appellant." *Coulter v. Ramsden*, 94 A.3d 1080, 1088 (Pa. Super. 2014). "[W]hen issues are not properly raised and developed in briefs, [or] when the briefs are wholly inadequate to present specific issues for review, a court will not consider the merits thereof." *Commonwealth v. Tchirkow*, 160 A.3d 798, 804 (Pa. Super. 2017) (citation omitted).

Because Saez's brief contains no coherent legal arguments and fails to comply with the Pennsylvania Rules of Appellate Procedure, we are unable to perform appellate review. Accordingly, we quash the appeal.

Appeal quashed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 06/30/2023